UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES REDDEN, CHRISTOPHER BROOKS, BRAD KESSLER, and REDDEN AND ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SMITH & NEPHEW, INC., <br><br> Defendant. | Cause No. 3:09-CV-1380-L <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, without costs to any party as against the other, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: Mesquite, Texas <br> February 16, 2011 <br><br> **SHAVER LAW FIRM, PLLC** <br><br> /s/ Steven R. Shaver <br> Steven R. Shaver <br> Texas Bar No. 18136550 <br> 301 Town East Tower <br> 18601 LBJ Freeway <br> Mesquite, Texas 75150 <br> Telephone: 214-295-2901 <br> Facsimile: 214-432-6688 <br> Email: sshaver@shaverlawfirm.com <br> *Counsel for Plaintiffs* | Dated: Dallas, Texas <br> February __, 2011 <br><br> **FISH & RICHARDSON P.C.** <br><br> /s/ Stephen E. Fox <br> Stephen E. Fox <br> Texas Bar No. 07337260 <br> 1717 Main Street, Suite 5000 <br> Dallas, Texas 75201 <br> Telephone: 214-747-5070 <br> Facsimile: 214-747-2091 <br> Email: sfox@fr.com <br> *Counsel for Defendant* |

LIBNY/4991244.1